IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSTITUTION PIPELINE COMPANY, LLC | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : Case No. 1:14-cv-02062-NAM-RFT |
| A TEMPORARY EASEMENT FOR 0.07 ACRES IN MIDDLEBURGH, SCHOHARIE COUNTY, NEW YORK, TAX PARCEL NUMBER 81.-3-3.2, ARTHUR RUMPH, et al. | : **Electronically Filed** |
| Defendants. | : |

## ORDER

AND NOW, this 19th day of , 2015, upon consideration of Plaintiff's Omnibus Motion for Preliminary Injunction for Possession of Rights of Way by February 16, 2015 Pursuant to the Natural Gas Act and Federal Rules of Civil Procedure 71.1 and 65, and the documents and arguments submitted in reference thereto, the Motion is hereby GRANTED and:

(a)     Upon filing the bond required below, beginning February 16, 2015, Plaintiff Constitution Pipeline Company, LLC ("Constitution") is granted access to, possession of and entry to the following Rights of Way:

1. Temporary easements of 0.07 acres, as described as "Area of Temporary Workspace" in Exhibit A attached hereto, for use during the pipeline construction and restoration period only for the purpose of ingress, egress and regress and to enter upon, clear off and use for construction and all activities required by the Order of the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014).

(b)     Constitution shall post a bond in the amount of $400.00 as security for the payment of just compensation to Defendants.

-2-

    (c)    Constitution shall record this Order in the County Clerk's Office of Schoharie County, New York.

    IT IS SO ORDERED.

**Norman A. Mordue**
**Senior U.S. District Judge**

# **EXHIBIT A**

757019.1 01/06/2015

